IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARI INVESTMENTS, LP<br>　　　　Plaintiff<br>　v.<br><br>ZURICH AMERICAN INSURANCE COMPANY<br>　　　　Defendant | CIVIL ACTION – LAW<br><br>NO.: |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Zurich American Insurance Company, by and through its counsel, Stewart | Smith, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and (b) and 1446(b), (c)(2) to remove this action from the Court of Common Pleas of Philadelphia County, January Term, 2023, No. 1913 (the "State Court Action"), where it is now pending, to the United States District Court for the Eastern District of Pennsylvania. In support thereof, Defendant avers as follows:

　　　1.　　On January 19, 2023, Plaintiff filed a Complaint against Zurich American Insurance Company in the Court of Common Pleas of Philadelphia County, January Term, 2023, No. 1913. With the exception of premiums in the policy which have now been redacted and the addition of exhibit slip sheets to mark Plaintiff's exhibits A and B, a true and correct copy of Plaintiff's Complaint with exhibits A and B are attached hereto collectively as Exhibit "I".

　　　2.　　Defendant was served with the Complaint on January 24, 2023. A true and correct copy of the Affidavit of Service is attached hereto as Exhibit "II".

　　　3.　　Exhibits I and II comprise all filings in the State Court Action served on or otherwise obtained by Defendant.

4. The Complaint served on Defendant on January 24, 2023 included as exhibit "B" duplicate pages of an estimate with an "entered" date of 8/6/2021 setting forth damages in the amount of $9,237.65.

5. After service of the Complaint and upon retention of counsel and defense counsel's review of the online docket, Defendant discovered an additional 70 pages of exhibit "B" that consists of an estimate with an "entered" date of 5/16/2021 setting forth damages in the amount of $484,571.71.

6. The Court of Common Pleas for Philadelphia County is within the jurisdiction of the United States District Court for the Eastern District of Pennsylvania.

7. This Notice of Removal is timely as it is being filed within thirty 30 days of Defendant's receipt, through service or otherwise, of a copy of the Complaint. *See* 28 U.S.C. § 1446(b).

8. Plaintiff is a limited partnership organized and existing under the laws of the Commonwealth of Pennsylvania and with its principal place of business located at 241 S. 49th Street, Philadelphia, Pennsylvania, 19104. *See* Ex. I ¶ 1.

9. Defendant Zurich American Insurance Company is a New York corporation engaged in the insurance business with a statutory home office located at 4 World Trade Center, 150 Greenwich Street, New York, New York, and its principal place of business located at 1299 Zurich Way, Schaumburg, Illinois.

10. As Plaintiff is a citizen of the Commonwealth of Pennsylvania and Defendant is a citizen of the States of New York and Illinois, the parties are diverse pursuant to 28 U.S.C. § 1332(a)(1), and, as set forth below, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

11.   A notice of removal may assert the amount in controversy if the initial pleading seeks a money judgment, but the State practice either does not permit demand for a specific sum or permits recovery of damages in excess of the amount demanded. 28 U.S.C. § 1446(c)(2)(A); removal is proper on the basis of an amount in controversy asserted under § 1446(c)(2)(A) if the district court finds, by a preponderance of the evidence, that the amount in controversy exceeds $75,000, exclusive of interest and costs, 28 U.S.C. § 1446(c)(2)(B).

12.   In its Complaint, Plaintiff seeks damages in excess of $50,000, Ex. I *ad damnum* clause, for alleged breach of contract, and specifically what Plaintiff alleges is Defendant's refusal to pay insurance benefits that Plaintiff claims are owed to it under an insurance policy, *id.* at ¶¶ 5-6, that provided certain commercial property coverage to premises pursuant to the policy's terms, conditions, limitations, and exclusions.[1]

13.   The subject premises are located at 4310-4312 Spruce Street, Philadelphia, Pennsylvania, 19104. Ex. I ¶ 3.

14.   Plaintiff alleges that on May 12, 2021, "Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a peril insured against under the Policy, resulting in damage to the insured premises and those areas and to the extent set forth in the preliminary estimates of loss", which Plaintiff attached to its Complaint as exhibit "B". *See* Ex. I ¶ 4; *see also* exhibit "B" to Ex. I.

15.   Per the estimate, the replacement cost value and net claim amount is $484,857.71 comprised of $484,395.65 for the building and $462.06 for contents. Exhibit "B" to Ex. I.

---

[1] Attached to Plaintiff's Complaint as exhibit "A" is a policy, specifically Policy Number DPP1077356, issued by American Zurich Insurance Company to Plaintiff ARI Investments, LP. *See* exhibit "A" to Ex. I. American Zurich Insurance Company is an insurance company organized under the laws of the State of Illinois and with its principal place of business in Schaumburg, Illinois.

16.    Removal from the Philadelphia County Court of Common Pleas is proper under 28 U.S.C. §1441(a) and (b), which authorizes the removal of any civil action of which the District Courts of the United States has original jurisdiction and if none of the parties in interest properly joined and served as a defendant is a citizen of the state in which such action is brought.

17.    This Court has original jurisdiction over the subject matter under 28 U.S.C. §1332 as the parties are citizens of different states, and the amount in controversy exceeds the amount specified in 28 U.S.C. § 1332(a).

18.    Specifically, the Complaint and estimates, which Plaintiff attached and incorporated into its Complaint, and which Plaintiff alleges reflect the extent of damage to the insured premises for which Plaintiff made a claim for insurance and for which it brings its breach of contract action, establishes alleged damages of nearly $500,000.

19.    Based on the foregoing, the requirements of 28 U.S.C. §§ 1441(a), 1441(b), and 1446(b), 1446(c)(2) have been satisfied and the matter is properly removable.

**WHEREFORE**, Defendant Zurich American Insurance Company respectfully requests that the State Action be removed from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania.

Date: 2/23/2023

**STEWART | SMITH**

_____
Marc R. Kamin, Esquire
MKamin@StewartSmithLaw.com
300 Four Falls Corporate Center, Suite 670
300 Conshohocken State Road
West Conshohocken, PA 19428
(T) 484.589.5506 (F) 484.534.9470
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Marc R. Kamin, Esquire hereby certify that on the 23rd day of February 2023, a true and correct copy of Defendant's Notice of Removal was served via email upon the following:

Frank Hosking, III, Esquire
fhosking@wdblegal.com
Wheeler Diulio & Barnabei, PC
One Penn Center – Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
*(Plaintiff's Counsel)*

STEWART | SMITH

_____
Marc R. Kamin, Esquire
*Counsel for Defendant*