IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARI INVESTMENTS, LP | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-703 |
| AMERICAN ZURICH INSURANCE COMPANY | : | |

**O R D E R**

**AND NOW,** this 7th day of February 2024, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.[1]

                **GEORGE V. WYLESOL,** Clerk of Court

           **BY:**  **s/ Tashia C. Reynolds**
                Civil Deputy Clerk to Judge Surrick

---

[1] On January 4, 2024, a Stipulation of Dismissal (ECF No. 20) was filed indicating the parties amicably resolved the above captioned matter.